FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUL 0 5 2017



(1) <u>CEDRIC TYRONE WALKER  # 77071-279</u>
(Name of Plaintiff)       (Inmate Number)

<u>846 N.E. terrace, Coleman, Fl 33521-1033</u>
(Address)

(2) <u>Detroit Hines        # 177</u>
(Name of Plaintiff)       (Inmate Number)

<u>1:17-CV-1167</u>
(Case Number)

<u>UNKNOWN</u>
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

CIVIL COMPLAINT

(1) <u>P. Ramirez, Food Service Administrator</u>

(2) <u>Amy Schoonover, RN</u>

(3) <u>Jeana Mitterling, RN</u>
(Names of Defendants) United States, et al.

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ✓    28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   <u>CEDRIC TYRONE WALKER v. WARDEN DAVID J. EBBERT, # 1:16-cv-00330 Judge Slyvia H. Rambo.</u>

   <u>Walker, et al v. Fisher, et al Civil Action No. # 1:16-cv-1326 Judge Slyvia H. Rambo.</u>

   <u>IN RE: CEDRIC TYRONE WALKER v. Warden DAVID J. EBBERT, et al. Civil Action No. # 1:16-</u>

   <u>cv-2387 Judge Slyvia H. Rambo.</u>

1

FILED
HARRISBURG, PA
JUL 0 5 2017

IN THE UNITED STATES
DISTRICT COURT FOR THE
<u>MIDDLE DISTRICT OF PENNSYLVANIA</u>

CEDRIC TYRONE WALKER, ET AL. :
DETROIT HINES :
YOSUF BUSH :
    Plaintiff, :
                      : Summons
       v.              : Civil Action No. ___
United States, ET AL. :
P. Ramirez, Food Administrator :
Amy Schoonover, RN :
Jeana Mitterling, RN the suit is :
against, individually capacities, :
    <u>Defendants</u> :

TO THE ABOVE-NAMED DEFENDANTS:

    You are hereby summoned and required to serve upon plaintiffs, whose address is [846 N.E. terrace, Coleman, Fl 33521] an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: June 26, 2017

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? A BP-8, BP-9, BP-10, BP-11, and Standard 95 form were filed at there institution, and NER regional office.

2. What was the result? I was denied request for monetary compensation, 3-21-17. TRT-NER-2017-01660.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: P. Ramirez
Employed as Food Service at U.S.P. Lewisburg
Mailing address: U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA 17837

(2) Name of second defendant: Amy Schoonover
Employed as RN at U.S.P. Lewisburg
Mailing address: U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA 17837

(3) Name of third defendant: Jeana Mitterling
Employed as RN at U.S.P.
Mailing address: U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA 17837

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On November 29th, 2016 I was escorted to the quarantine unit for inmates having syptoms associated with food poisoning I was vomiting, had violent diahrea hot and cold spells accompained by fever aches, pain blood in my stool and

2

inability to retain any fluids which caused dehydration and the need for

2. IV's, Food administration, Warden staff and medical Staff were negligent in their handling of these outbreaks. Two weeks prior inmates on my tier became sick with these same syptoms and were treated by medical staff the above mentioned were deliberatly indifferent failing to respond appropriately to the

3. whole population was receiving food properly prepared and served under sanitary conditions they failed in their duties which led to a wide spread outbreak that could have been thwarted had they shut down the kitchen the week for veterans day when they first became aware of of the syptoms. Negligence; Salmonella poisoning, vomiting, diahrea, nausea, hot and cold sweats, fever blood in stool, dehydration body aches and pains inability to hold bowels, for 10 days.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

REQUESTS FOR MONETARY COMPENSATION:

1. ███████████████████████ Compensatory damages in the amount of $50,000 against each defendant, jointly and severally. Punitive damages in the amount of $50,000 against each defendant. A jury trial on all issues triable by jury. Plaintiff's costs in this suit. Any additional relief this

2. court deems just, proper, and equitable. MOTION FOR APPOINTMENT OF COUNSEL on all cases brought by me, NOTICE OF A LAWSUIT, AND ███████ ████████ Uneder the Federal Tort Claims Act, or Consent decrees, and Federal Rule Civil Procedure Rule 23(a).

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___27___ day of ___June___, 20_17_.

___Mr. Cedric J. Walker___
(Signature of Plaintiff)

4

Mr. CEDRIC TYRONE WALKER # 77071279
Federal Correctional Complex - U.S.P. 1, H-UNIT
P.O. Box 1033
Coleman, Florida ■ 33521-1033

Legal Mail

RECEIVED
HARRISBURG, PA
JUL 05 2017

Clerk of Court
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 WALNUT STREET
P.O. Box 983
HARRISBURG, PA